ACCEPTED
01-15-00473-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/28/2015 3:08:57 PM
CHRISTOPHER PRINE
CLERK



# FOGLER BRAR
## FORD O'NEIL GRAY LLP

Pennzoil Place, South Tower | 711 Louisiana, Suite 500 | Houston, Texas 77002 | 713.481.1010 | 713.574.3224 FAX | fbfog.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/28/2015 3:08:57 PM
CHRISTOPHER A. PRINE
Clerk

May 28, 2015

Re:   No. 01-15-00473-CV; Michelle Heinrich, Mandy So and Naim El-Aswad, M.D., Individually and Derivatively as a Members of Victory's Bioethical Anatomics, LLC, et al. v. Strasburger & Price, LLP, et al; In the 1st Court of Appeals of Texas

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas  77002-2066

Dear Mr. Prine:

Please let this letter serve as notice of the change of address and law firm affiliation of Murray Fogler, counsel for Defendant Strasburger & Price, LLP in the above-referenced matter.  Please note his new contact information:

Murray Fogler (mfogler@fbfog.com)
State Bar No. 07207300
**Fogler, Brar, Ford, O'Neil & Gray, LLP**
Pennzoil Place, South Tower
711 Louisiana Street, Suite 500
Houston, Texas  77002
713.481.1010 (Main)
832.981.7731 (Direct)
713.574.3224 (Fax)

If you have any questions regarding this, please feel free to call.

Very truly yours,

Diana M. Barba
Assistant to Murray Fogler

cc:  Fred Hagans
     fhagans@hagans-law.com
     Kendall C. Montgomery
     kmontgomery@hagans-law.com
     Hagans Burdine Montgomery & Rustay, P.C.
     3200 Travis, Fourth Floor
     Houston, Texas  77006-3651

     Vincent L. "Tripp" Marable, III
     trippmarable@sbcglobal.net
     Paul Webb, P.C.
     221 N. Houston
     Wharton, Texas  77488-3821